UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:22-cv-01578-MCS-RAO                                           Date   November 21, 2022

Title   *BMG Rights Management (US), LLC v. JOYY Inc. et al*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

Brent J. Lehman                                           Ian C. Ballon
                                                                     Rebekah S. Guyon

**Proceedings:**     **Motion to Dismiss Third Amended Complaint (ECF No. 39)**

The motion hearing is held. Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.