Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Cathy A. Chittenden (SBN 338292)
cchittenden@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone:   (310) 441-0500
Facsimile:   (310) 441-4447

Attorneys for Plaintiff
*BMG Rights Management*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOYY INC., a Delaware corporation; BIGO TECHNOLOGY LIMITED, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01578-MCS-RAO<br>Hon. Mark C. Scarsi, Dept. 7C<br><br>Hon: Rozella A. Oliver<br>United States Magistrate Judge<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO LETTER BRIEF**<br><br>Filed:           March 9, 2022<br>Trial Date:    March 25, 2025 |

Pursuant to the Courts Order (Dkt. 139), Plaintiff's respond to Defendant's objection regarding the filing of Plaintiff's letter brief.

Plaintiff timely filed its brief directly with Judge Oliver's department on October 2, 2024. As indicated by the Court, the filing instructions for this brief were not immediately clear and Plaintiff filed through CM/ECF on October 3, 2024, after receiving notification from the Court.

Through inadvertent mistake, the electronic service was not completed as noticed. Upon final review of all the papers, Plaintiff's counsel believed that service would be sent out accordingly and had no reason to believe that this had not been done. The Court's October 3, 2024 Order and notice of the mistake was a surprise and counsel apologize for the error made by our office. The error was inadvertent and is being addressed internally.

Given that the Court provided Defense with an additional day to provide their response brief, the Defense has not been prejudiced.

Further, in view of the fact that discussion of the issues has been ongoing, we hope that the one day error will not negatively impact our argument on the issues and this can be decided with consideration for the evidence presented.

DATED: October 7, 2024                    GERARD FOX LAW P.C.

                                                     By:   /s/   Gerard P. Fox
                                                          GERARD P. FOX
                                                          Attorneys for Plaintiff
                                                          *BMG Rights Management*

## PROOF OF SERVICE

I, Adriana Diaz, am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the above-mentioned matter. My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067. On October 7, 2024, I served the following documents, described as: **PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO LETTER BRIEF** on the person(s) listed in the attached Service List. The document was served by the following means:

| | |
|---|---|
| ☐ | **By United States mail**. I enclosed the document in a sealed envelope or package addressed to the people listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☒ | **By electronic service**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 7, 2024                   */s/ Adriana Diaz*
                                                    Adriana Diaz

-2-
PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO LETTER BRIEF

# SERVICE LIST

| | |
|---|---|
| DAVID SPENCER BLOCH<br>blochd@gtlaw.com<br>GREENBERG TRAURIG, P.A<br>101 2nd Street, Suite 2200<br>San Francisco, CA 94105-3668<br>415-590-5110<br>Fax: 415-707-2010<br><br>IAN C BALLON<br>ballon@gtlaw.com<br>REBEKAH S. GUYON<br>guyonr@gtlaw.com<br>EMERSON B LUKE<br>lukee@gtlaw.com<br>GREENBERG TRAURIG LLP<br>1840 Century Park East Suite 1900<br>Los Angeles, CA 90067<br>310-586-7700<br>Fax: 310-586-7800 | *Party Represented:*<br><br>Defendant Bigo Technology Limited, a Delaware corporation |

PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO LETTER BRIEF