# EXHIBIT G

# State Of Delaware

Entity Details

7/8/2024  4:17:52PM

| | | | |
|---|---|---|---|
| File Number: | 5682278 | Incorporation Date / Formation Date: | 1/28/2015 |
| Entity Name: | BIGO TECHNOLOGY LIMITED | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Surrendered | Status Date: | 3/15/2022 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | Country: | |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

## Tax Information

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 2022 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $175 | Total Authorized Shares: | 1500 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Dissolution - Short Form | 1 | 20220315 | 173700 | 20220315 |
| 2 | Change of Agent<BR>9383197 | 1 | 20211221 | 104100 | 20211221 |
| 3 | Blnkt Name - Corp | 1 | 20170213 | 090500 | 20170213 |
| 4 | Stock Corporation | 1 | 20150128 | 084700 | 20150128 |

BIGO0000002