# EXHIBIT H

# State Of Delaware

Entity Details

7/3/2024  8:05:50PM

| | |
|---|---|
| File Number: 5804815 | Incorporation Date / Formation Date: 8/17/2015 |
| Entity Name: JOYY INC. | |
| Entity Kind: Corporation | Entity Type: General |
| Residency: Domestic | State: DELAWARE |
| Status: Dissolved | Status Date: 10/19/2018 |

## Registered Agent Information

Name: BUSINESS FILINGS INCORPORATED
Address: 108 WEST 13TH ST
City: WILMINGTON                    Country:
State: DE                                       Postal Code: 19801
Phone: 800-981-7183

## Tax Information

| | |
|---|---|
| Last AnnualReport Filed: 2018 | Tax Due: $ 0 |
| Annual Tax Assessment: $400 | Total Authorized Shares: 10000000 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Dissolution - Short Form | 1 | 10/19/2018 | 11:00 AM | 10/19/2018 |
| 2 | Stock Corporation | 1 | 8/17/2015 | 12:43 PM | 8/17/2015 |