1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone:   (310) 441-0500
Facsimile:    (310) 441-4447

Attorneys for Plaintiff
*BMG Rights Management*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOYY INC., a Delaware corporation; BIGO TECHNOLOGY LIMITED, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01578-MCS-RAO<br>Hon. Mark C. Scarsi, Dept. 7C<br><br>Hon: Rozella A. Oliver<br>United States Magistrate Judge<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

---

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel for Plaintiff BMG Rights Management, Gerard P. Fox, hereby submits the following response to the Court's January 23, 2025 Order to Show Cause (ECF No. 159) as to why the claims against Joyy, Inc. should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b) and why the Court should not grant summary judgment in favor of Joyy, Inc. under Federal Rule of Civil Procedure 56(f).

Plaintiff has no cause as to why the claims against Joyy, Inc. should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b), unless opposing counsel accepts service. Defense counsel accepted service for Bigo Technology Limited but always refused to accept service for Joyy, Inc., even though it presented a witness that spoke about Joyy, Inc. We believe it also suspended its operations after it was sued. Unless opposing counsel will accept service for Joyy Inc., or tell us whether it too was suspended, the claim will have to be dismissed, and BMG will have to file a new lawsuit.

In conclusion, Plaintiff contends that the claims against Joyy, Inc. should be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b) and the Court should grant summary judgment in favor of Joyy under Federal Rule of Civil Procedure 56(f).

Dated: January 30, 2025            GERARD FOW LAW P.C.

By:    _/s/ Gerard P. Fox_
Gerard P. Fox
Attorneys for Plaintiff *BMG Rights Management*

1

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

# **PROOF OF SERVICE**

I, Adriana Diaz, am employed in the County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the above-mentioned matter. My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067. On January 30, 2025, I served the following documents, described as: **PLAITIFF'S RESPONSE TO ORDER TO SHOW CAUSE** on the person(s) listed in the attached Service List. The document was served by the following means:

| | |
|---|---|
| ☐ | **By United States mail**. I enclosed the document in a sealed envelope or package addressed to the people listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☒ | **By electronic service**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 30, 2025                     _/s/ Adriana Diaz_
                                            Adriana Diaz

1

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

1

## <u>SERVICE LIST</u>

2

| | |
|---|---|
| 3  DAVID SPENCER BLOCH | *Party Represented:* |
| 4  blochd@gtlaw.com | |
|    GREENBERG TRAURIG, P.A | Defendant Bigo Technology |
| 5  101 2nd Street, Suite 2200 | Limited, a Delaware corporation |
| 6  San Francisco, CA 94105-3668 | |
|    415-590-5110 | |
| 7  Fax: 415-707-2010 | |
| 8 | |
| 9  IAN C BALLON | |
|    ballon@gtlaw.com | |
| 10 REBEKAH S. GUYON | |
| 11 guyonr@gtlaw.com | |
|    EMERSON B LUKE | |
| 12 lukee@gtlaw.com | |
| 13 GREENBERG TRAURIG LLP | |
|    1840 Century Park East Suite 1900 | |
| 14 Los Angeles, CA 90067 | |
| 15 310-586-7700 | |
|    Fax: 310-586-7800 | |
| 16 | |

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE