JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOYY INC., a Delaware corporation; BIGO TECHNOLOGY LIMITED, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-01578-MCS-RAO<br><br>**JUDGMENT** |

1   Pursuant to the Court's orders, it is ordered, adjudged, and decreed that judgment
2   is entered in favor of Defendants Joyy Inc. and Bigo Technology Limited and against
3   Plaintiff BMG Rights Management (US) LLC. The claims are dismissed with prejudice.
4   Plaintiff BMG Rights Management (US) LLC shall take nothing from this action.

6   **IT IS SO ORDERED.**

8    Dated: February 3, 2025

   _____
   MARK C. SCARSI
   UNITED STATES DISTRICT JUDGE